**Order filed November 21, 2014**



## In The

# Eleventh Court of Appeals

_____

## No. 11-14-00268-CV

_____

## IN RE THE STATE OF TEXAS EX REL. MICHAEL MUNK

### Original Mandamus Proceeding

### O R D E R

On October 13, 2014, this court issued an order in which we granted an emergency stay of all proceedings in the trial court with respect to the underlying causes. On November 10, 2014, we issued an opinion and judgment conditionally granting Relator's petition for writ of mandamus. On that same day, Respondent, the Honorable Carter T. Schildknecht, issued an order in compliance with the opinion and judgment of this court. Accordingly, we hereby dissolve the emergency stay entered by this court on October 13, 2014.

PER CURIAM

November 21, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.